UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISH NETWORK L.L.C.** and **NAGRASTAR LLC**,<br><br>Plaintiffs,<br><br>v.<br><br>**TOMASZ KACZMAREK, JOHN DEFOE, JULIA DEFOE,** and **DOES 1-10**,<br><br>Defendants. | Case No. 19-4803   NGG–SJB |

### PLAINTIFF DISH NETWORK L.L.C.'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

Plaintiff DISH Network L.L.C. ("DISH") respectfully moves for leave to conduct limited discovery prior to the Federal Rule of Civil Procedure 26(f) conference for purposes of identifying Defendants Does 1-10. DISH's motion is based on the concurrently filed memorandum of points and authorities, the declaration from Kevin McMonnies, and any other evidence or argument the Court may consider.

Dated:  August 23, 2019.

                                                  Respectfully submitted,

                                                  /s/ Robert R. Jones
                                                  **COUGHLIN & GERHART, LLP**
                                                  99 Corporate Drive
                                                  Binghamton, New York 13904
                                                  Telephone: (607) 723-9511
                                                  Facsimile: (607) 723-1530
                                                  rjones@cglawoffices.com

                                                  **HAGAN NOLL & BOYLE, LLC**
                                                  Timothy M. Frank (*pro hac vice* to be filed)
                                                  Texas Bar #24050624
                                                  Two Memorial City Plaza
                                                  820 Gessner, Suite 940
                                                  Houston, Texas 77024

Telephone: (713) 343-0478
Facsimile: (713) 758-0146
timothy.frank@hnbllc.com

Attorneys for Plaintiffs DISH Network L.L.C
and NagraStar LLC