# EXHIBIT 1



## 4. Channels that tested positive

### 4.1. Channel # 712   WLLOW





**Service Channel Name:**   WILLOW CRICKET        **Service Channel Number:**   1391

