# EXHIBIT 2

Group : All (543/1351)
739 DIY HD - Barnwood Builders
740 DISCOVERY HD
741 INVESTIGATION DISCOVERY ID HD
742 DISCOVERY HISTORY
743 DISCOVERY SCIENCE
744 DISCOVERY SHED
745 DISCOVERY TURBO
746 SYFY HD
747 SCIENCE CHANNEL HD
748 VELOCITY HD
749 COMEDY CENTRAL HD
750 BET - Tyler Perry's Meet the Browns
751 HBO EAST HD - S.W.A.T.
752 HBO SIGNATURE HD - Andre the Giant
Partial Signal Loss
BET
Tyler Perry's Meet the Browns
11:58 - 12:29
When Brown tires of the chaos from the residents in the house, he decides to throw a surprise Family Day to occupy them; frat brothers entertain the residents.
12:29 Tyler Perry's Meet the Browns
13:00 The Fresh Prince of Bel-Air

Group : All (551/1351)
4. 16. 2018
12:10
758 CINEMAX 5 STAR HD - Space Cowboys
759 STARZ ENCORE HD - It Could Happen to You
760 STARZ EAST HD - Ash vs Evil Dead
761 STARZ EDGE HD - The Lord of the Rings: The
762 STARZ CINEMA HD - The Wilde Wedding
763 SKY MOVIES FAMILY - Storks
764 SKY MOVIES DRAMA - Collateral Beauty
765 SKY MOVIES ACTION - Ghost Rider
766 SKY MOVIES PREMIERE - Just Charlie
767 SKY MOVIES COMEDY - Absolutely Fabulous: The
768 SKY MOVIES MODERN GREATS - Dead Poets
769 SKY MOVIES HORROR - Godzilla (1998)
770 SKY MOVIES THRILLER - The Hunt For Red
771 SKY MOVIES SELECT - The Sons Of Katie Elder
Partial Signal Loss
CINEMAX 5 STAR HD
Space Cowboys
9:50 - 12:05
Four aging astronauts (Clint Eastwood, Tommy Lee Jones, Donald Sutherland) who never made it into space agree to go up and repair a 1950s satellite.
12:05 The Blues Brothers
14:20 Good Will Hunting
SERVICE SEARCH
GROUP
CHANNEL LOCK
FAVORITE

Group : All (553/1351)
758 CINEMAX 5 STAR HD - The Blues Brothers
759 STARZ ENCORE HD - Rounders
760 STARZ EAST HD - Howards End
761 STARZ EDGE HD - The Lord of the Rings: The
762 STARZ CINEMA HD - Rachel Getting Married
763 SKY MOVIES FAMILY - Gulliver's Travels
764 SKY MOVIES DRAMA - Collateral Beauty
765 SKY MOVIES ACTION - Ghost Rider
766 SKY MOVIES PREMIERE - Just Charlie
767 SKY MOVIES COMEDY - Absolutely Fabulous: The
768 SKY MOVIES MODERN GREATS - Dead Poets
769 SKY MOVIES HORROR - Beowulf
770 SKY MOVIES THRILLER - Patriot Games
771 SKY MOVIES SELECT - The Sons Of Katie Elder
Partial Signal Loss
002
STARZ EAST HD
Howards End
11:34 - 12:31
In the wake of Mrs. Wilcox's death in the winter of 1906, her family is further thrown by her final request regarding Howards End. As 1907 dawns, the Schlegels are given a
12:31 Top Gun
14:23 The Craft
SERVICE SEARCH
CHANNEL LOCK
FAVORITE

Partial Signal Loss
002
Signal Code: 11-12-13
1) Check for anything obstructing the signal to your satellite dish such as tree branches, severe rain, or snow build-up. If it is safe to do so, remove the obstruction or wait for it to pass.
2) Unplug your receiver for 10 seconds and plug back in. The reset process should take no more than 5 minutes to complete.
3) Check that the wiring between your receiver and your wall outlet is configured properly using dish.com/wiring.
4) Check that the connections between your receiver, the wall, and any devices in between are hand tight.
5) If these steps have not resolved your issue, contact us at dish.com/chat or 1-800-333-3474.
In the meantime, you can watch certain other channels.
Receiver #: R1908399601
Smart Card #: S2340142305
SAMSUNG









