# EXHIBIT

# 3

The Napster 3 Dot Test #4
Group : All (838/1341)
23.4.2018
9:08 PM
1143 JUS PUNJABI - Shabad Gurbani
1144 PTC NEWS
1145 PTC PUNJABI - Gurbani Harmandir Saheb
1146 SIKH CHANNEL
1147 ZEE Punjabi
1165 Desi_TV
1172 Alpha_ETC_Punjabi
1175 PUNJABI JUNCTION
1201 NTV BANGLA - Valobasha Kare Koy
1202 ATN BANGLA - Chotoder Prithibi
1203 CHANNEL i - Sangbad
1204 CINE BANGLA - Shongshod TV
1205 SANGAT TV
1206 CHANNEL S
JUS PUNJABI
Shabad Gurbani
9:00 PM - 9:30 PM
From the Golden Temple.
9:30 PM Shabad Gurbani
10:00 PM
SERVICE SEARCH
GROUP
CHANNEL LOCK
EPG SINGLE
FAVORITE
EPG GRID
IPGuys 3 Dot Test #4

The Napster 3 Dot Test #4
Group : All (838/1341)
23.4.2018
9:13 PM
1143 JUS PUNJABI - Shabad Gurbani
1144 PTC NEWS
1145 PTC PUNJABI - Gurbani Harmandir Saheb
1146 SIKH CHANNEL
1147 ZEE Punjabi
1165 Desi_TV
1172 Alpha_ETC_Punjabi
1175 PUNJABI JUNCTION
1201 NTV BANGLA - Valobasha Kare Koy
1202 ATN BANGLA - Chotoder Prithibi
1203 CHANNEL i - Sangbad
1204 CINE BANGLA - Shongshod TV
1205 SANGAT TV
1206 CHANNEL S
JUS PUNJABI
Shabad Gurbani
9:00 PM - 9:30 PM
From the Golden Temple.
9:30 PM Shabad Gurbani
10:00 PM
SERVICE SEARCH
GROUP
CHANNEL LOCK
EPG SINGLE
FAVORITE
EPG GRID
IPGuys 3 Dot Test #4



