# EXHIBIT

# 4



Group : All (594/1470)

10.6.2018
9:59 PM

| | | |
|---|---|---|
| 756 | CINEMAX MORE MAX HD | - The Water Diviner |
| 757 | CINEMAX ACTION HD | - Grosse Pointe Blank |
| 758 | CINEMAX 5 STAR HD | - Just Wright |
| 759 | STARZ ENCORE HD | - Hollow Man |
| 760 | STARZ EAST HD | |
| 761 | STARZ EDGE HD | - Independence Day |
| 762 | STARZ CINEMA HD | - The Curious Case of Benjamin |
| 763 | SKY MOVIES FAMILY | - The Oddsockeaters |
| 764 | SKY MOVIES DRAMA | - Blue Hawaii |
| 765 | SKY MOVIES ACTION | - The Next Karate Kid |
| 766 | SKY MOVIES PREMIERE | - April's Daughter |
| 767 | SKY MOVIES COMEDY | |
| 768 | SKY MOVIES MODERN GREATS | - Ghost Rider |
| 769 | SKY MOVIES HORROR | - Galaxy Quest |

Programming Not Authorized

CINEMAX ACTION HD

Grosse Pointe Blank
10:00 PM - 11:50 PM

A hit man (John Cusack) returns to his hometown for a
high-school reunion and meets the prom date (Minnie
Driver) he stood up years before.

10:00 PM Grosse Pointe Blank

SERVICE SEARCH        CHANNEL LOCK              FAVORITE
GROUP                 EPG SINGLE        EPG  EPG GRID











10.6.2018
10:02 PM

Group : All (508/1470)

| | 665 | UFC/BOXING |
|---|---|---|
| TV | 666 | NHL NETWORK - On the Fly |
| TV | 667 | NBC HD - Saturday Night Live |
| TV | 668 | ABC HD - NewsCenter 5 at 11:00 |
| TV | 669 | CBS HD - Phantom Gourmet |
| TV | 670 | FOX HD - Hell's Kitchen |
| TV | 671 | WBTS HD - Saturday Night Live |
| TV | 672 | WFXT HD - Hell's Kitchen |
| TV | 673 | WSBK TV HD - How I Met Your Mother |
| TV | 674 | FOX SEATLE HD - The Big Bang Theory |
| TV | 675 | KIRO TV HD - God Friended Me |
| TV | 676 | NTV HD - Saturday Night Live |
| TV | 678 | CTV OTTAWA HD |
| TV | 679 | CTV MONTREAL |

UFC/BOXING

SERVICE SEARCH     CHANNEL LOCK     FAVORITE
GROUP     EPG SINGLE     EPG EPG GRID





Group : All (474/1470)

10.6.2018
10:03 PM

| 630 | NFL NETWORK - NFL Fantasy Live |
| 631 | TENNIS HD - Center Court |
| 632 | GOLF HD - LPGA Tour Golf |
| 633 | WWE NETWORK - WWE NXT |
| 634 | MLB BASEBALL HD - MLB Tonight |
| 635 | CHELSEA TV HD |
| 636 | BT SPORTS 1 - Live UFC 229: Khabib v McGregor |
| 637 | BT SPORTS 2 |
| 638 | BT SPORTS 3 - Live: Major League Baseball |
| 639 | BOX NATION - BoxNation Presents |
| 640 | BEIN SPORTS NEWS LIVE |
| 641 | BEIN SPORTS 1 HD |
| 642 | BEIN SPORTS 2 HD |
| 643 | BEIN SPORTS 3 HD |

Programming Not Authorized

1) Confirm that you subscribe to this channel by using the channel lineup.

2) Unplug your receiver for 10 seconds and plug back in. The reset process should take no more than 5 minutes to complete.

3) If you still have not resolved your issue, please contact us at dish.com/chat or 1-800-333-3474. In the meantime, you can watch other channels.

NFL NETWORK

NFL Fantasy Live
10:00 PM - 11:00 PM
Discussion on the latest news, injuries, match-ups and their fantasy impact.

11:00 PM Elite 11
12:00 AM Top 10

SERVICE SEARCH      CHANNEL LOCK       FAVORITE
GROUP      EPG SINGLE      EPG EPG GRID

