UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

**DISH NETWORK L.L.C.**
and **NAGRASTAR LLC,**

      Plaintiffs,

      v.

**TOMASZ KACZMAREK,**
**JOHN DEFOE, JULIA DEFOE,**
and **DOES 1-10,**

      Defendants.

Case No. 19-4803   NGG-SJB

## ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S
## MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

Having considered the motion for leave to conduct expedited discovery filed by Plaintiff

DISH Network L.L.C. ("DISH"), and finding the requested discovery to be reasonable and good

cause appearing for such discovery, the Court **GRANTS** the motion and **ORDERS** as follows:

1.      DISH may serve a subpoena on Visa, Inc. for the name and address of the issuer of

each of the following credit cards, identified here by last four digits only:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 7668 | | | 1086 | | | 7230 |
| | | 5982 | | | 6014 | | | 9182 |
| | | 0018 | | | 5707 | | | 2502 |
| | | 3567 | | | 6455 | | | 2590 |
| | | 8279 | | | 8915 | | | 3309 |
| | | 2174 | | | 0346 | | | 3685 |
| | | 1522 | | | 9596 | | | 9687 |
| | | 1663 | | | 5103 | | | 2720 |
| | | 3082 | | | 3306 | | | 3546 |
| | | 3637 | | | 4015 | | | 4023 |
| | | 4536 | | | 4585 | | | 5643 |
| | | 9049 | | | 8381 | | | 6633 |
| | | 5494 | | | 9398 | | | 1278 |
| | | 0562 | | | | | | |

2.      DISH may serve a subpoena on each credit card issuer identified by Visa, Inc. for

the name and address of each person or entity associated with each of the foregoing card numbers.

3.      DISH may serve a subpoena on Ratiann Enterprise Inc. and Vaka Korkelia for the

name and address of each person or entity associated with each of the following DISH subscription

accounts, identified here by last four digits only:

| | 5855 | | 4156 | | 2150 |
|---|---|---|---|---|---|
| | 0199 | | 1107 | | 8550 |
| | 3795 | | | | |

4.      DISH and the non-parties identified in paragraphs 1-3, which consist of Visa, Inc.

("Visa"), the credit card issuers to be identified by Visa, Inc. ("Card Issuers"), Ratiann Enterprise

Inc., and Vaka Korkelia (together, "Ratiann"), shall adhere to the following schedule in producing

the information requested in DISH's subpoenas:

a.      DISH must serve this order on each of its subpoenas;

b.      Visa shall respond to DISH's subpoena within 14 days of being served, by

either identifying the Card Issuers or filing an appropriate motion challenging the subpoena;

c.      The Card Issuers and Ratiann, within 7 days of being served with DISH's

subpoena, must serve DISH's subpoena and this order on the account holder whose information is

requested in the subpoena ("Account Holder").  Service may be accomplished by any reasonable

means, including by first-class mail to the Account Holder's last known mailing address or email

to the Account Holder's last known email address.

d.      The Card Issuers, Ratiann, and each Account Holder may challenge DISH's

subpoena by filing an appropriate motion.  Any such motion must be filed within 14 days of being

served with DISH's subpoena.  The Card Issuers and Ratiann shall not produce any information

before the expiration of the 14-day period.  If an Account Holder files a motion challenging DISH's

subpoena, information concerning that Account Holder shall not be produced to DISH until after

2

the motion is resolved.  If a motion is not timely filed, Card Issuers and Ratiann must produce the

requested information to DISH within 28 days of being served with DISH's subpoena.

Dated: _____, 2019.


_____
United States District Judge