# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

**285 Southfield Road, Box 585**
**Calverton, New York 11933**
**Tel (631) 727-3400**
**Fax (631) 727-3401**
contact@twlegal.com

<u>via ECF</u>                                                                                  January 13, 2020

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201                           <u>Re: DISH Network, LLC et al v. Kaczmarek et al,</u>
                                              <u>EDNY 19-CV-4803</u>

Dear Judge Bulsara:

      I represent Defendants John Defoe and Julia Defoe in the above-referenced action. This is to request permission to appear at the Conference scheduled for January 17, 2020 at 10:00am via telephone.

      I have consulted with opposing counsel, and Plaintiff's attorney has indicated his consent to this request.

      I am located in Calverton, New York, and my clients have limited resources. The parties are discussing settlement and the attorneys are making a good faith effort to reduce legal fees to facilitate same. As such, I respectfully request permission to appear at the Conference via telephone.

      Respectfully submitted,

      <u>/s/ Todd Wengrovsky</u>

      Todd Wengrovsky

cc: Timothy Frank, Esq.,
*Counsel for Plaintiff,* via ECF