Todd Wengrovsky - TW4823
Law Offices of Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
Fax (631) 727-3401

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DISH NETWORK, L.L.C., NAGRASTAR, LLC,

                              Plaintiffs,

                                                                         Index No. 19-CV-4803

                 -against-

TOMASZ KACZMAREK, JOHN DEFOE,
JULIA DEFOE,

                              Defendants.
-------------------------------------------------------------------X

## NOTICE OF MOTION

    Please take notice that the Law Offices of Todd Wengrovsky, PLLC. hereby moves to withdraw from the representation of Defendants John Defoe and Julia Defoe in this action, as such Defendants have indicated that they wish to retain new counsel.  The motion is supported by the accompanying Affidavit of Todd Wengrovsky.


Dated:  Calverton, New York.
          June 4, 2020

                                                  Respectfully submitted,

                                                  Law Offices of
                                                  Todd Wengrovsky, PLLC.


                                                  By: /s/ Todd Wengrovsky
                                                  Todd Wengrovsky