# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

**285 Southfield Road, Box 585**
**Calverton, New York 11933**
**Tel (631) 727-3400**
**Fax (631) 727-3401**
contact@twlegal.com

<u>via ECF</u>                                                                                        June 10, 2020

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201                             <u>Re: DISH Network, LLC et al v. Kaczmarek et al,</u>
                                               <u>EDNY 19-CV-4803</u>

Dear Judge Bulsara:

      I represent Defendants John Defoe and Julia Defoe in the above-referenced action. I have a pending Motion to Withdraw as Counsel, for which a hearing is scheduled on June 30, 2020.

      In light of the withdrawal motion, this is to request adjournment of the Conference scheduled for Monday, June 15, 2020, as well as a 30-day extension of the discovery period.

      There were prior requests for adjournment and extension due to COVID-19 and the parties engaging in settlement discussions, which were granted. I have consulted with opposing counsel, and Plaintiff's attorney has indicated his consent to this request.

      Respectfully submitted,

      <u>/s/ Todd Wengrovsky</u>

      Todd Wengrovsky

cc: Timothy Frank, Esq.,
*Counsel for Plaintiff,* via ECF