**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DISH NETWORK, L.L.C., NAGRASTAR, LLC.,

                              Plaintiffs,

              -against-

TOMASZ KACZMAREK, JOHN DEFOE,
JULIA DEFOE,                                   Index No. 19-CV-4803

                              Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I hereby certify that on June 10, 2020, I served the following:

Scheduling Order dated June 8, 2020

upon John Defoe and Julia Defoe via Electronic Mail and Regular Mail addressed as follows:

John Defoe and Julia Defoe
1247 Dean Street, #1C
Brooklyn, NY 11216
defoe70@yahoo.com

Dated:  Calverton, New York.
         June 10, 2020                       /s/ Todd Wengrovsky
                                                    Todd Wengrovsky - TW4823
                                                      Law Offices of
                                                      Todd Wengrovsky, PLLC.
                                                      285 Southfield Road, Box 585
                                                      Calverton, NY 11933
                                                      Tel (631) 727-3400